**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 13-7668**

―――――――――

UNITED STATES OF AMERICA,

  Plaintiff - Appellee,

  v.

LATRENDA DINOTE FLEMING,

  Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, District Judge.  (1:10-cr-00449-AJT-1)

―――――――――

Submitted: January 21, 2014       Decided: January 24, 2014

―――――――――

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Latrenda Dinote Fleming, Appellant Pro Se.  Paul Nathanson, OFFICE OF THE UNITED STATES ATTORNEY, Karen Ledbetter Taylor, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Latrenda Dinote Fleming appeals the district court's order denying her self-styled Fed. R. Crim. P. 36 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Fleming, No. 1:10-cr-00449-AJT-1 (E.D. Va. filed Sept. 10, 2013; entered Sept. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED